JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ,<br><br>        Petitioner,<br>vs.<br>LOUIS MILUSNIC, Warden,<br>        Respondent. | Case No. CV 13-4148-DDP (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed with prejudice.

DATED: July 28, 2014

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE